WOLFINGER, Guardian *ad litem,* Respondent, vs. BRUEX and another, Appellants.

For the appellants : *Edward J. Byrne* of Appleton, attorney, and *Lehner & Lehner* and *Adolph P. Lehner,* all of Oconto Falls of counsel.

For the respondent : *Benton, Bosser, Becker & Parnell,* attorneys, and *David L. Fulton* of counsel, all of Appleton.

*By the Court.*—Judgment affirmed.

DRZEWIECKI, Guardian, Appellant, vs. STCZYNSKI and another, Respondents.

For the appellant : *David H. Winter,* attorney, and *Marlin M. Volz* of counsel, both of Shawano.

For the respondents : *Fischer, Brunner & Strossenreuther* of Shawano.

*By the Court.*—Judgment affirmed.

VIRUM and another, Respondents, vs. CONSOLIDATED WATER POWER COMPANY, Appellant.

For the appellant : *Brazeau & Graves* of Wisconsin Rapids.
For the respondents : *Atwell & Atwell* of Stevens Point.

*By the Court.*—Judgment affirmed.